JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA DRAGICEVICH, | Case No.: 12-8192 ABC (MANx) |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v. | Hon. Audrey B. Collins |
| CHASE HOME FINANCE LLC and DOES 1- 1000, et al., | |
| Defendants. | |

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

The issues and evidence presented having been fully considered, and a decision having been rendered granting the Motion for Summary Judgment filed by Defendant JPMorgan Chase Bank, N.A., individually and as successor by merger to Chase Home Finance LLC ("Chase"), IT IS HEREBY ORDERED AND ADJUDGED, for the reasons set forth in the Court's Order Granting Motion for Summary Judgment (Docket No. 34), that judgment on the merits is hereby entered in favor of Chase and against Plaintiff Vera Dragicevich ("Plaintiff"), that Plaintiff's claims are all dismissed with prejudice, this action is dismissed as to all parties, that Plaintiff shall take nothing in this case, and that Chase shall recover its costs incurred in this litigation.

Dated: August 1, 2013                    _____
                                                                  Honorable Audrey B. Collins
                                                                  Judge of United States District Court

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1520, Los Angeles, CA 90067

On August 1, 2013, I served the foregoing document(s) described as **PROPOSED JUDGMENT** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es): SEE ATTACHED LIST

☐ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on August 1, 2013, at Los Angeles, California.

_____
Nicole Lazarescu

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, CA 90067
Phone: 310-853-6300

# SERVICE LIST

Keith A. Robinson
6320 Canoga Avenue, Suite 1500
Woodland Hills, CA  91367
*Attorney for Plaintiff*